STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA  95113
Telephone:  (408) 282-1949
Facsimile:  (408) 275-9930
E-Mail:  *snh@businessandtechnologylawgroup.com*

Attorneys for Plaintiffs,
GEORGETTE POULIOT,
RICHARD POULIOT, and
BETTY ANN SHEEHAN

PILLSBURY WINTHROP SHAW PITTMAN LLP
VERNON H. GRANNEMAN (SBN 083532)
Email:  vernon.granneman@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone:  (650) 233-4500
Facsimile:  (650) 233-4545

Attorneys for Defendant
URSULA WEISS

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGETTE POULIOT, a citizen of the State of Maryland; RICHARD POULIOT, a citizen of the State of Maryland; and BETTY ANN SHEEHAN, a citizen of the State of Maryland,<br><br>    Plaintiffs,<br><br>vs.<br><br>URSULA WEISS, a citizen of State of California,<br><br>    Defendant,<br>and<br><br>APPLIED SPECIALTIES OF CALIFORNIA, INC., a California corporation,<br><br>    Nominal Defendant. | CASE NO.  CV 06-06319 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR HEARING OF DEFENDANT'S MOTIONS, CONTINUE LAST DAY FOR CHOICE OF AN ADR PROCESS, CONTINUE EACH OF THE DATES IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, AND CONTINUE DATE OF CASE MANAGEMENT CONFERENCE<br><br>[Electronic digital signatures permitted] |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

STIPULATION TO CONTINUE
12/18/06 MOTIONS HEARING &
OTHER DATES

Page 1

1  IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that the parties are engaged in settlement discussions to resolve this entire action. Counsel for the parties are now attempting to draft and complete such settlement that will resolve and dispose of this entire action and the ancillary arbitration commenced by defendant, Ursula Weiss.

In light of the impending holidays and the hoped for resolution by way of settlement, the parties hereby stipulate and through their counsel respectfully request the Court to (i) continue the date for hearing of the two Motions of defendant, Ursula Weiss, which are now calendared for hearing on December 18, 2006 at 9:00 a.m., to January 29, 2007 at 9:00 a.m.; (ii) continue to and include February 1, 2007 as the last day for choice of an ADR process in this action; (iii) continue each of the dates in the Order Setting Initial Case Management Conference in this action by forty days; and (iv) continue the Case Management Conference in this action from January 22, 2007 at 10:00 a.m. to March 5, 2007 at 10:00 a.m.

DATED: December 15, 2006            BUSINESS & TECHNOLOGY LAW GROUP

By:      /s/ *Stephen N. Hollman*
         Stephen N. Hollman,
         Attorneys for Plaintiffs,
         GEORGETTE POULIOT,
         RICHARD POULIOT, and
         BETTY ANN SHEEHAN

//

DATED: December 15, 2006            PILLSBURY WINTHROP SHAW PITTMAN LLP

By:      /s/ *Vernon H. Granneman*
         Vernon H. Granneman,
         Attorneys for Defendant,
         URSULA WEISS

//

//

//

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

STIPULATION TO CONTINUE
12/18/06 MOTIONS HEARING &
OTHER DATES

Page 2

| | | |
|---|---|---|
| 1 | DATED: December 15, 2006 | BERGESON, LLP |
| 2 | | |
| 3 | | By:     /s/ *John W. Fowler*    <br>John W. Fowler, |
| 4 | | Attorneys for Nominal Defendant, <br>APPLIED SPECIALTIES OF CALIFORNIA, INC. |
| 5 | | |

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that (i) the date for hearing the two Motions of defendant, Ursula Weiss, now calendared for hearing on December 18, 2006 at 9:00 a.m., be continued to January 29, 2007 at 9:00 a.m.; (ii) the date of February 1, 2007 be the last day for choice of an ADR process in this action; (iii) each of the dates in the Order Setting Initial Case Management Conference in this action be continued by forty days; and (iv) the Case Management Conference in this action be continued from January 22, 2007 at 10:00 a.m. to March 5, 2007 at 10:00 a.m.

Dated: December 15, 2006

_____
Hon. James Ware
United States District Court Judge

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

STIPULATION TO CONTINUE
12/18/06 MOTIONS HEARING &
OTHER DATES

Page 3