**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Georgette Pouliot, et al.,                        NO. C 06-06319 JW

11                 Plaintiff,              **ORDER CONTINUING HEARING ON
                                           DEFENDANTS' MOTIONS**
         v.
12
     Ursula Weiss, et al.,
13
                 Defendants.
14   _____/

15       On December 15, 2006, the parties stipulated to and the Court approved, continuing the

16   hearing on Defendants' Motions to Dismiss, Compel Arbitration or Stay Litigation from December

17   18, 2006 to January 29, 2007.  (See Docket Item No. 33)   The parties informed the Court that the

18   continuance was necessary to facilitate settlement discussions.  To date, the Court has not received

19   any status report as to the parties' settlement efforts.  In light of this, the Court continues the hearing

20   on the motions to **March 5, 2007 at 9 a.m.** to coincide the case management conference.[1]  The

21   parties shall submit a joint case management statement by *February 16, 2007.*  The statement shall

22   inform the Court of the settlement efforts.

23

24   Dated:  January 17, 2007

                                          JAMES WARE
25                                        United States District Judge

26

27   _____

28       [1]  Please note that the hearing is conducted at 9 a.m. and the conference is held at 10 a.m.

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  John W. Fowler jfowler@be-law.com
    Stephen N. Hollman jls@businessandtechnologylawgroup.com
3  Vernon H. Granneman vernon.granneman@pillsburylaw.com

4
    **Dated:  January 17, 2007**                               **Richard W. Wieking, Clerk**
5

6                                                              **By:     /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
7                                                                **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California