| | |
|---|---|
| STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050<br>San Jose, CA 95113<br>Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930<br>E-Mail: snh@businessandtechnologylawgroup.com<br><br>Attorneys for Plaintiffs,<br>GEORGETTE POULIOT,<br>RICHARD POULIOT, and<br>BETTY ANN SHEEHAN | **IT IS SO ORDERED**<br>*(signature)*<br>Judge James Ware |

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>VERNON H. GRANNEMAN (SBN 083532)<br>Email: vernon.granneman@pillsburylaw.com<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Defendant<br>URSULA WEISS | BERGESON, LLP<br>JOHN W. FOWLER, SBN 037463<br>jfowler@be-law.com<br>303 Almaden Boulevard, Suite 500<br>San Jose, CA 95110<br>(408) 291-6200<br>(408) 297-6000<br><br>Attorneys for Nominal Defendant<br>APPLIED SPECIALTIES OF<br>CALIFORNIA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGETTE POULIOT, a citizen of the State of Maryland; RICHARD POULIOT, a citizen of the State of Maryland; and BETTY ANN SHEEHAN, a citizen of the State of Maryland,<br><br>    Plaintiffs,<br><br>vs.<br><br>URSULA WEISS, a citizen of State of California,<br><br>    Defendant,<br><br>and<br><br>APPLIED SPECIALTIES OF CALIFORNIA, INC., a California corporation,<br><br>    Nominal Defendant. | **CASE NO. C 06-06319 JW**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[*Electronic digital signatures permitted*] |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 06-06319 JW
STIPULATION & PROP. ORDER
FOR DISMISSAL WITH PREJ.

Page 1

IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that pursuant to Fed.R.Civ.P. Rule 41(a)(2) each of the parties hereto respectfully requests this Court to (i) dismiss the action in its entirety with prejudice; and (ii) order that each party bear her, his, or its own respective costs, expenses, and attorneys' fees.

DATED: April 30, 2007     BUSINESS & TECHNOLOGY LAW GROUP

By:    /s/ *Stephen N. Hollman*
Stephen N. Hollman,
Attorneys for Plaintiffs,
GEORGETTE POULIOT,
RICHARD POULIOT, and
BETTY ANN SHEEHAN

DATED: April 30, 2007     PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    /s/ *Vernon H. Granneman*
Vernon H. Granneman,
Attorneys for Defendant,
URSULA WEISS

DATED: April 30, 2007     BERGESON, LLP

By:    /s/ *John W. Fowler*
John W. Fowler,
Attorneys for Nominal Defendant,
APPLIED SPECIALTIES OF CALIFORNIA, INC.

//

//

//

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 06-06319 JW
STIPULATION & PROP. ORDER
FOR DISMISSAL WITH PREJ.

Page 2

After consideration of the foregoing Stipulation and the reasons therefor, IT IS HEREBY ORDERED that the action be dismissed in its entirety with prejudice and that each party to bear her, his, or its own respective costs, expenses, and attorneys' fees.

Dated: __May 1__, 2007

_____
Hon. James Ware
United States District Court Judge

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 06-06319 JW
STIPULATION & PROP. ORDER
FOR DISMISSAL WITH PREJ.

Page 3